Slip Op. 25-106

# UNITED STATES COURT OF INTERNATIONAL TRADE

DEER PARK GLYCINE, LLC,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

Before: Joseph A. Laroski, Jr., Judge

Court No. 23-00238

## JUDGMENT

Following remand, the United Stated Department of Commerce ("Commerce") submitted the Final Results of Redetermination Pursuant to Court Remand, ECF No. 36 (July 9, 2025) ("Remand Results"). After providing comments in response to Commerce's draft results, Plaintiff has not responded to the Remand Results. Further, the Remand Results comply with the court's remand order. See Slip Op. 25-38 (CIT April 10, 2025). Accordingly, it is hereby

**ORDERED** that the Remand Results issued by Commerce are **SUSTAINED**.

/s/    Joseph A. Laroski, Jr.
Joseph A. Laroski, Jr., Judge

Dated: August 20, 2025
    New York, New York